

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION

Appellate case name:            In re Jennifer Webb-Goetz, Relator

Appellate case number:      01-19-00139-CV

Trial court case number:      2010-56180

Trial court:                    308th District Court of Harris County

On March 1, 2019, relator, Jennifer Webb-Goetz, filed a petition for a writ of mandamus seeking to compel the respondent trial judge to vacate the oral ruling striking her jury demand and to compel the respondent to place the underlying modification proceeding on the jury trial docket. Although relator included a Rule 52.3(j) certification with her appendix, she contends that the respondent has not yet signed a written order striking her jury demand. *See* TEX. R. APP. P. 52.3(j). Also, counsel has been unable to obtain the reporter's record of the February 27, 2019 hearing on her jury demand, but that no evidentiary testimony was adduced at that hearing. *See* TEX. R. APP. P. 52.7(a)(1), (2).

With her petition, relator filed an "Emergency Motion for Temporary Relief on Petition for Writ of Mandamus" seeking to stay the underlying proceeding, pending disposition of this petition, because a bench trial has been set for March 4, 2019. Relator's emergency motion contains the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a). Accordingly, the Court **grants** the relator's motion and **ORDERS** that the underlying trial court proceeding is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the petition is finally decided or this Court otherwise orders the stay lifted. *See* TEX. R. APP. P. 52.10(b). Any party may file a motion for reconsideration. *See* TEX. R. APP. P. 52.10(c).

Finally, the Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: _____/s/ Justice Laura C. Higley_____
                    x  Acting individually     ☐ Acting for the Court
Date: ___March 1, 2019___